# VERIFIED RETURN OF SERVICE

Job # T242361

**Client Info:**

Schumacher Lane PLLC
P.O. Box 558
Spring Branch, TX  78070

**Case Info:**

| | |
|---|---|
| **PLAINTIFF:**<br>MELISSA C. WEBB<br>-versus-<br>**DEFENDANT:**<br>WARDEN STEPHEN ROSSITER, et al, | USDC MIDDLE DISTRICT OF FLORIDA<br>Court Division: CIVIL ACTION<br><br>Court Case # **5:24-cv-00159-MMH-PRL** |

**Service Info:**

Received by Harely Ahrens: on May, 2nd 2024 at **12:11 PM**
Service: I Served **Warden Stephen Rossiter Assistant Regional Director**
With: **SUMMONS IN A CIVIL ACTION; COMPLAINT FOR DAMAGES AND DEMAND FOR JURY TRIAL; CIVIL COVER SHEET; INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM**
by leaving with **Stephen Rossiter, INDIVIDUALLY**

**At Place of Employment 7763 S. CR 231 LAKE BUTLER, FL 32054**
Latitude: **29.987908**,   Longitude: **-82.356207**

On **5/13/2024** at **01:49 PM**
**Manner of Service: 0. INDIVIDUAL**
INDIVIDUAL SERVICE WAS PERFORMED BY DELIVERING TO THE WITHIN NAMED PERSON A TRUE COPY OF THIS PROCESS, WITH THE DATE AND HOUR OF SERVICE ENDORSED BY ME. AT THE SAME TIME, I DELIVERED THE WITHIN NAMED PERSON A COPY OF THE COMPLAINT, PETITION, OR OTHER INITIAL PLEADING OR PAPER.

**Served Description:  (Approx)**

Age: **48**, Sex: **Male**, Race: **White-Caucasian**, Height: **5' 8"**, Weight: **180**, Hair: **Brown** Glasses: **No**
Other: I served Stephen Rossiter who started his name and accepted documents.

**Service was Attempted on:**

**(1) 5/8/2024** at **09:53 AM**, by **Harely Ahrens** Loc: **7763 S. CR 231, Lake Butler, FL 32054**   Latitude:**29.985979**   Longitude:**-82.357612**
Notes: I spoke with the warden's assistant said this is appreciation week and he will be out in the office almost all day this week.Best time to catch him will be AM.Monday morning we'll make a plan to do this.

I **Harely Ahrens** acknowledge that I am 18 years or older, authorized to serve process, in good standing in the jurisdiction wherein the process was served, and I have no interest in the above action. Under penalties of perjury, I declare that I have read the foregoing document and that the facts stated in it are true.

*Harley Ahrens*

**Harely Ahrens**

**Accurate Serve of Tallahassee**
400 Capital Circle SE, Suite 18291
Tallahassee, FL 32301

Client # T242361
Ref # G197394

 

1 of 1

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Middle District of Florida

| | |
|---|---|
| MELISSA C. WEBB<br><br>_Plaintiff_<br>v.<br>WARDEN STEPHEN ROSSITER, et al,<br><br>_Defendant_ | )<br>)<br>)<br>)  Civil Action No. 5:24-cv-00159-MMH-PRL<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_  Warden Stephen Rossiter
Assistant Regional Director
7763 S. CR 231
Lake Butler, FL 32054
386-496-6000


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   JAMES V. COOK
Law Office of James Cook
314 West Jefferson Street
Tallahassee, FL 32301
850 222-8080


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT   JessicaRoden

April 5, 2024

Date: _____   _____
_Signature of Clerk or Deputy Clerk_