# VERIFIED RETURN OF SERVICE

Job # T242365

**Client Info:**

Schumacher Lane PLLC
P.O. Box 558
Spring Branch, TX  78070

**Case Info:**

| | |
|---|---|
| **PLAINTIFF:** | USDC MIDDLE DISTRICT OF FLORIDA |
| MELISSA C. WEBB | Court Division: CIVIL ACTION |
| -versus- | |
| **DEFENDANT:** | Court Case # **5:24-cv-00159-MMH-PRL** |
| WARDEN STEPHEN ROSSITER, et al, | |

**Service Info:**

**Received by TRACY WILLIAMS: on May, 2nd 2024 at 11:40 AM**
**Service:** I Served **Jared M. Columbine**
With: **SUMMONS IN A CIVIL ACTION; COMPLAINT FOR DAMAGES AND DEMAND FOR JURY TRIAL; CIVIL COVER SHEET; INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM**
by leaving with **JARED M. COLUMBINE, PERSONALLY**

**At PLACE OF EMPLOYMENT LOWELL ANNEX 11120 N.W. GAINESVILLE RD. OCALA, FL 34482**
Latitude: **29.312170**,   Longitude: **-82.197900**

On **5/10/2024** at **03:09 PM**
**Manner of Service: 0. INDIVIDUAL**
F.S. 48.031(1) INDIVIDUAL SERVICE

**Served Description:  (Approx)**

Age: **30**, Sex: **Male**, Race: **White-Caucasian**, Height: **5' 9"**, Weight: **230**, Hair: **White** Glasses:  **No**

I **TRACY WILLIAMS** acknowledge that I am 18 years or older, authorized to serve process, in good standing in the jurisdiction wherein the process was served, and I have no interest in the above action. Under penalties of perjury, I declare that I have read the foregoing document and that the facts stated in it are true.

_____
**TRACY WILLIAMS**
Lic # **09-9-28-48**

**ACCURATE SERVE TALLY**
400 CAPITAL CIRCLE SE SUITE 18291
Tallahassee, FL 32301

Client # T242365
Ref # O241375


