# VERIFIED RETURN OF SERVICE

Job # T242367

**Client Info:**

Schumacher Lane PLLC
P.O. Box 558
Spring Branch, TX  78070

**Case Info:**

| | |
|---|---|
| **PLAINTIFF:** | USDC MIDDLE DISTRICT OF FLORIDA |
| MELISSA C. WEBB | Court Division: CIVIL ACTION |
| -versus- | |
| **DEFENDANT:** | Court Case # **5:24-cv-00159-MMH-PRL** |
| WARDEN STEPHEN ROSSITER, et al, | |

**Service Info:**

Received by TRACY WILLIAMS: on May, 2nd 2024 at 11:42 AM
**Service:** I Served **MITZI K. SHIVER**
With: **SUMMONS IN A CIVIL ACTION; COMPLAINT FOR DAMAGES AND DEMAND FOR JURY TRIAL; CIVIL COVER SHEET; INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM**
by leaving with **MITZI K SHIVER, PERSONALLY**

**At Place of Employment LOWELL ANNEX 11120 N.W. GAINESVILLE ROAD OCALA, FL 34482**
Latitude: **29.312170**,   Longitude: **-82.197900**

On **5/10/2024** at **03:09 PM**
**Manner of Service: 0. INDIVIDUAL**
F.S. 48.031(1) INDIVIDUAL SERVICE

**Served Description: (Approx)**

Age: **40**, Sex: **Female**, Race: **White-Caucasian**, Height: **5' 7"**, Weight: **140**, Hair: **White** Glasses: **No**

I **TRACY WILLIAMS** acknowledge that I am 18 years or older, authorized to serve process, in good standing in the jurisdiction wherein the process was served, and I have no interest in the above action. Under penalties of perjury, I declare that I have read the foregoing document and that the facts stated in it are true.

_signature_

**TRACY WILLIAMS**
Lic # **09-9-28-48**

**ACCURATE SERVE TALLY**
400 CAPITAL CIRCLE SE SUITE 18291
Tallahassee, FL 32301

Client # T242367
Ref # O241376




1 of 1