# VERIFIED RETURN OF SERVICE

Job # T242368

**Client Info:**

Schumacher Lane PLLC
P.O. Box 558
Spring Branch, TX  78070

**Case Info:**

| | |
|---|---|
| **PLAINTIFF:**<br>MELISSA C. WEBB | USDC MIDDLE DISTRICT OF FLORIDA<br>Court Division: CIVIL ACTION |
| -versus- | |
| **DEFENDANT:**<br>WARDEN STEPHEN ROSSITER, et al, | Court Case # **5:24-cv-00159-MMH-PRL** |

**Service Info:**

**Received by TRACY WILLIAMS:** on May, 2nd 2024 at **11:48 AM**
**Service:** I Served **JAMAUL AKEEM JACKSON**
With: **SUMMONS IN A CIVIL ACTION; COMPLAINT FOR DAMAGES AND DEMAND FOR JURY TRIAL; CIVIL COVER SHEET; INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM**
by leaving with **JAMAUL AKEEM JACKSON, PERSONALLY**

**At RESIDENCE 3 SPRUCE PLACE OCALA, FL 34472**
Latitude: **29.077855**,   Longitude: **-81.998170**

On **5/17/2024** at **04:57 PM**
**Manner of Service: 0. INDIVIDUAL**
F.S. 48.031(1) INDIVIDUAL SERVICE

**Served Description:  (Approx)**

Age: **30**, Sex: **Male**, Race: **Black**, Height: **5' 10"**, Weight: **240**, Hair: **Black** Glasses:  **No**

I **TRACY WILLIAMS** acknowledge that I am 18 years or older, authorized to serve process, in good standing in the jurisdiction wherein the process was served, and I have no interest in the above action. Under penalties of perjury, I declare that I have read the foregoing document and that the facts stated in it are true.

_____
**TRACY WILLIAMS**
Lic # **09-9-28-48**

**ACCURATE SERVE TALLY**
400 CAPITAL CIRCLE SE SUITE 18291
Tallahassee, FL 32301

Client # T242368
Ref # O241377




1 of 1