UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

Case No. 5:24-cv-00159-MMH-PRL

MELISSA C. WEBB,

     Plaintiff,

v.

WARDEN STEPHEN ROSSITER,
JAMAUL AKEEM JACKSON,
JARED M. COLUMBINE, and
MITZI K. SHIVER

     Defendants.

_____/

## DEFENDANT JARED M. COLUMBINE'S NOTICE OF APPEARANCE OF COUNSEL

     Notice is hereby given that the undersigned Robert B. Buchanan, Esquire, and the law firm of Buchanan & Buchanan, P.A., hereby enter their appearance as counsel for Defendant Jared M. Columbine, in the above-entitled cause.

## CERTIFICATE OF SERVICE

     I hereby certify that on this **30th** day of **May 2024** a true and correct copy of the foregoing was electronically filed the foregoing document with the Clerk of the Court using CM/ECF to JAMES V. COOK, ESQ. at cookjv@gmail.com, JAMES

M. SLATER, ESQ. at james@slater.legal and  WALTER DALE MILLER ESQ. at

Walter.Miller@myfloridalegal.com.

> BUCHANAN & BUCHANAN, P.A.
> Attorney for Defendant Jared M. Columbine
> 1900 SE 18th Avenue, Suite 300
> Ocala, Florida 34471
> Tel:   (352) 629-4099
> Fax:   (352) 629-3975
> Email: rbuchanan@rbtrial.com
>            rlatulipe@rbtrial.com
>
> By:    /s/ Robert B. Buchanan
>            Robert B. Buchanan
>            Florida Bar No. 063400