UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

Case No. 5:24-cv-00159-MMH-PRL

MELISSA C. WEBB,

    Plaintiff,

v.

WARDEN STEPHEN ROSSITER,
JAMAUL AKEEM JACKSON,
JARED M. COLUMBINE, and
MITZI K. SHIVER

    Defendants.
_____/

## **DEFENDANT COLUMBINE'S UNOPPOSED, TIME-SENSITIVE MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**

DEFENDANT JARED M. COLUMBINE (hereinafter referred to as "Mr. Columbine"), by and through his undersigned counsel, seeks an extension of time to respond to Plaintiff Melissa C. Webb's (hereinafter referred to as "Plaintiff") Complaint for Damages against All Defendants with Jury Demand (DE 1), filed by Plaintiff on April 1, 2024. Pursuant to M.D. Fla. L. R. 3.01(e), Mr. Columbine requests a ruling on this time-sensitive motion for an extension of time because Mr. Columbine's response to the Complaint is currently due May 31, 2024. In support of this motion, Mr. Columbine states as follows:

## BACKGROUND

1. In this 42 U.S.C. §1983 action, Plaintiff claims "deprivation under color of law … rights, privileges, and immunities secured by the Constitution of the United States[]" based on allegations of sexual assault while she was an inmate at Lowe Correctional Institution Annex in Ocala Florida. *Id*. at ¶¶ 1-13. She is seeking compensatory and punitive damages, reasonable attorney's fees, and costs, as well as trial by jury. *Id.* at 14.

2. The current deadline for Mr. Columbine's response is May 31, 2024, based on the May 10, 2024, service of the summons on Mr. Columbine and filed with this Court on April 5, 2024 (DE 7).

3. Counsel for Mr. Columbine was retained on May 29, 2024 to defend Mr. Columbine and counsel for Mr. Columbine has not had an opportunity to confer with his client regarding Plaintiff's allegations to address the issues presented in this case in preparation for filing a meaningful response.

4. Completion of counsel's investigation will is crucial to Mr. Columbine's response and is likely result in the discovery information that will assist the Court in deciding issues that will be raised therein, including issues related to the exhaustion requirement contained in 42 U.S.C. § 1997e(a) of the Prison Litigation Reform Act of 1985.

## ARGUMENT AND MEMORANDUM OF LAW

5. Pursuant to Fed. R. Civ. P 6(b), extensions of time are permitted "for good cause":

    a. "with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires;" Fed. R. Civ. P 6(a) or,

    b. "on motion made after the time has expired if the party failed to act because of excusable neglect. Fed. R. Civ. P 6(b)."

6. "[E]xcusable neglect is understood to encompass situations in which the failure to comply with a filing deadline is attributable to negligence." *Cheney v. Anchor Glass Container Corp.*, 71 F.3d 848, 850 (11th Cir. 1996) (internal quotations omitted), quoting *Pioneer Inv. Servs. Co. v. Brunswick Assocs. Ltd. P'ship,* 507 U.S. 380, 392 (1993). Factors to be considered include "the danger of prejudice to the [opposing party], the length of the delay and its potential impact on judicial proceedings, the reason for the delay, including whether it was within the reasonable control of the movant, and whether the movant acted in good faith." *Id.* (internal quotations omitted).

7. This request is being made prior to the expiration of time to respond.

8. There will be no undue prejudice to the Plaintiff if this Motion is granted.

9. The delay in responding to the Complaint will have only minimal, if any, impact on these judicial proceedings.

10. The delay in filing a response was due to factors that were outside the Mr. Columbine's reasonable control.

11. Pursuant to M.D. Fla. L. R. 3.01(e), Mr. Columbine requests this Honorable Court respond to this Motion by Friday, May 31, 2024.

**WHEREFORE**, Defendant Columbine respectfully requests an extension to July 1, 2024 within which to file a response to Plaintiff's Complaint.

### Local Rule 3.01 (g) Certification

Pursuant to Local Rule 3.01 (g), the undersigned hereby certifies that a conferral email was sent to counsel for Plaintiff on May 30, 2024, and counsel for Plaintiff has no objection to Mr. Columbine's Request for Enlargement of Time until July 1, 2024 within which to file a response to Plaintiff's Complaint.

Respectfully Submitted,

s/ Robert B. Buchanan
Robert B. Buchanan
Florida Bar No. 063400
rbuchanan@rbtrial.com
1900 SE 18th Avenue, Suite 300
Ocala, Florida 34471
Tel:   (352) 629-4099
Fax:   (352) 629-3975
Attorney for Jared M. Columbine

## **CERTIFICATE OF SERVICE**

I hereby certify that on this **30ᵗʰ** day of **May 2024** a true and correct copy of the foregoing was electronically filed the foregoing document with the Clerk of the Court using CM/ECF to JAMES V. COOK, ESQ. at cookjv@gmail.com, JAMES M. SLATER, ESQ. at james@slater.legal and WALTER DALE MILLER ESQ. at Walter.Miller@myfloridalegal.com.

    BUCHANAN & BUCHANAN, P.A.
    Attorney for Defendant Jared M. Columbine
    1900 SE 18ᵗʰ Avenue, Suite 300
    Ocala, Florida 34471
    Tel:   (352) 629-4099
    Fax:   (352) 629-3975
    Email: rbuchanan@rbtrial.com
           rlatulipe@rbtrial.com

    By:   /s/ Robert B. Buchanan
        Robert B. Buchanan
        Florida Bar No. 063400