UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

MELISSA C. WEBB,

    Plaintiff,

vs.                                             CASE NO. 5:24-cv-00159-MMH-PRL

WARDEN STEPHEN ROSSITER,
JAMAUL AKEEM JACKSON,
JARED M. COLUMBINE, and
MITZI K. SHIVER,

    Defendants.
_____/

## NOTICE OF APPEARANCE AND DESIGNATION OF EMAIL ADDRESSES FOR DEFENDANT, MITZI K. SHIVER

Thomas R. Thompson of the law firm of Thompson, Crawford, Brown & Smiley, P.A. hereby notifies this court and the parties of his appearance on behalf of the Defendant, MITZI K. SHIVER, and ask that all correspondence, pleadings, etc. directed to this Defendant be mailed to the undersigned at the stated address.

Pursuant to Federal Rules, hereby designates undersigned counsel's primary electronic mail address and secondary electronic mail address for this proceeding as follows:

    Primary E-Mail Address:    Thomas R. Thompson, Esq.
                                                  tom@tcslawfirm.net

    Secondary E-Mail Address:    Rebecca R. Martin
                                                  rebecca@tcslawfirm.net

DATED this 31st day of May, 2024.

                      THOMPSON, CRAWFORD,
                      BROWN & SMILEY, P.A.

                      */s/ Thomas R. Thompson*

                      _____
                      THOMAS R. THOMPSON, ESQUIRE
                      FLORIDA BAR NO. 890596
                      1330 Thomasville Road
                      Tallahassee, FL 32303
                      (850) 386-5777
                      Fax: (850) 386-8507
                      tom@tcslawfirm.net
                      rebecca@tcslawfirm.net
                      ATTORNEY FOR DEFENDANT SHIVER

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing has been furnished by Electronic Filling on this 31st day of May, 2024, to all listed counsel/parties through CMECF.

                      /s/ Thomas R. Thompson
                      Thomas R. Thompson, Esq.