UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

MELISSA C. WEBB,

    Plaintiff,

  vs.                                  CASE NO. 5:24-cv-00159-MMH-PRL

WARDEN STEPHEN ROSSITER,
JAMAUL AKEEM JACKSON,
JARED M. COLUMBINE, and
MITZI K. SHIVER,

    Defendants.
_____/

**NOTICE OF ADDITIONAL APPEARANCE AND
DESIGNATION OF EMAIL ADDRESSES
FOR DEFENDANT MITZI K. SHIVER**

    Mallory B. Brown, Esq. of the law firm of Thompson, Crawford, Brown & Smiley, P.A. hereby notifies this court and the parties of her appearance on behalf of the Defendant, MITZI K. SHIVER, and requests that pleadings, etc. directed to this Defendant be mailed to the undersigned at the stated address.

Pursuant to the Federal Rules, hereby designates undersigned counsel's primary electronic mail address and secondary electronic mail address for this proceeding as follows:

   Primary E-Mail Address:      Mallory B. Brown, Esq.
                                                    mallory@tcslawfirm.net

   Secondary E-Mail Address:   Rebecca R. Martin
                                                      rebecca@tcslawfirm.net
                                                      Victoria Bramblett
                                                      victoria@tcslawfirm.net

DATED this __31st__ day of May, 2024.
                              THOMPSON, CRAWFORD,
                              BROWN & SMILEY, P.A.

                              /s/ Mallory B. Brown

                              _____
                              MALLORY B. BROWN, ESQUIRE
                              FLORIDA BAR NO. 124039
                              1330 Thomasville Road
                              Tallahassee, FL 32303
                              (850) 386-5777
                              Fax: (850) 386-8507
                              mallory@tcslawfirm.net
                              rebecca@tcslawfirm.net
                              victoria@tcslawfirm.net
                              ATTORNEY FOR DEFENDANT SHIVER

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing has been furnished by Electronic Filling on this 31st day of May, 2024, to all listed counsel/parties through CMECF.

                              /s/ Mallory B. Brown
                              Mallory B. Brown, Esq.