UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

Case No. 5:24-cv-00159-MMH-PRL

**MELISSA C. WEBB**,

    Plaintiff,

v.

**WARDEN STEPHEN ROSSITER,
JAMAUL AKEEM JACKSON,
JARED M. COLUMBINE, and
MITZI K. SHIVER**

    Defendants.
_____/

## NOTICE OF APPEARANCE OF ADDITIONAL COUNSEL

Assistant Attorney General, Julia McBee, of the Office of the Attorney General for the State of Florida, enters her appearance as co-counsel along with Senior Assistant Attorney General Walter Dale Miller, as co-counsel of record for Defendant, Warden Stephen Rositer. Copies of all future Pleadings, Motions and correspondence relating to the above-styled case should also be furnished to the undersigned counsel at the addresses shown below.

    Primary email    Julia.McBee@myfloridalegal.com

    Secondary email    Tonia.Austin@myfloridalegal.com

    Secondary email    Yarelis.Santa@myfloridalegal.com

Respectfully Submitted,

ASHLEY MOODY
FLORIDA ATTORNEY GENERAL

*Julia J. McBee*
JULIA J. MCBEE, ESQ.
Assistant Attorney General
Fla. Bar No: 1026038
OFFICE OF THE ATTORNEY GENERAL
1515 North Flagler Drive, Suite 900
West Palm Beach, Florida 33401
Tel. 561-268-5287
Fax. 561-837-5102
Julia.McBee@myfloridalegal.com
Co-counsel for Defendant Stephen Rossiter

*Walter Dale Miller*
WALTER DALE MILLER, ESQ.
Senior Assistant Attorney General
Florida Bar Number 13738
OFFICE OF THE ATTORNEY GENERAL
1515 N. Flagler Drive, Suite 900
West Palm Beach, Florida 33401
Telephone: (561) 268-5217
Facsimile: (561) 837-5102
Walter.Miller@myfloridalegal.com
Lead Attorney for Defendant Stephen Rossiter

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on May 31, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served on this date on all counsel of record or *pro se* parties identified below in the manner specified:

JAMES V. COOK, ESQ.
Florida Bar Number 966843
Law Office of James Cook
314 West Jefferson Street
Tallahassee, FL 32301
(850) 222-8080; 561-0836 fax
cookjv@gmail.com
Lead Attorney for Plaintiff

JAMES M. SLATER, ESQ.
Florida Bar Number 111779
Slater Legal PLLC
113 S. Monroe Street
Tallahassee, Florida 32301
 (305) 523-9023
james@slater.legal
Attorney to be Noticed for Plaintiff

ROBERT B. BUCHANAN, ESQ.
Florida Bar Number 063400
1900 SE 18th Avenue, Suite 300
Ocala, Florida 34471
rbuchanan@rbtrial.com
rlatulipe@rbtrial.com
Attorney for Defendant Columbine

MALLORY BENNETT BROWN, ESQ.
Florida Bar Number 124039
1330 Thomasville Road
Tallahassee, FL 32303
mallory@tcslawfirm.net
rebecca@tcslawfirm.net
victoria@tcslawfirm.net
Attorney for Defendant Shiver

>*Julia J. McBee*
>Julia J. McBee, Esq.
>Assistant Attorney General