UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

**MELISSA C. WEBB,**

    Plaintiff,

v.                                                 Case No: 5:24-cv-159-MMH-PRL

**STEPHEN ROSSITER, JAMAUL AKEEM JACKSON, JARED M. COLUMBINE and MITZI K. SHIVER,**

    Defendants.

## ORDER

Plaintiff Melissa Webb, an inmate of the Florida state penal system, initiated this action by filing, through counsel, a complaint for the violation of civil rights pursuant to 42 U.S.C. § 1983 (Doc. 1). In her complaint, Plaintiff sues Defendants Stephen Rossiter, Jamaul Akeem Jackson, Jared M. Columbine, and Mitzi K. Shiver in their individual capacities for their respective acts or omissions as employees of Lowell Correctional Institution in Ocala, Florida.

Pending before the Court now is Defendant Shiver's unopposed motion for extension of time (Doc. 20), wherein she requests an extension to July 1, 2024, to file her response to Plaintiff's complaint. Upon due consideration, Defendant Shiver's motion (Doc. 20) is **GRANTED** to the extent she shall file her response to Plaintiff's complaint **on or before July 1, 2024**.

**IT IS SO ORDERED.**

**DONE AND ORDERED** at Ocala, Florida, this 31st day of May 2024.

_____
PHILIP R. LAMMENS
United States Magistrate Judge

Copies to: Counsel of Record