# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# OCALA DIVISION

|  |  |
|---|---|
| **MELISSA C. WEBB,** | : |
| vs. | :      5:24-cv-00159-MMH-PRL |
| **WARDEN STEPHEN ROSSITER, ET. AL.** | : |

## NOTICE OF APPEARANCE AS CO-COUNSEL
## FOR DEFENDANT JARED M. COLUMBINE

COMES NOW, Luke Newman, undersigned attorney, and submits that he has been retained to represent Defendant Jared M. Columbine in his individual capacity. Undersigned counsel is appearing in addition to, and without objection from, Columbine's current counsel Robert Buchanan. Undersigned counsel would request all notices, pleadings, and other documents be copied upon counsel using the information provided below.

                                                Respectfully submitted,

                                                /s/ Luke Newman
                                                _____

                                                Luke Newman
                                                Luke Newman, P.A.
                                                308 McDaniel Street
                                                Tallahassee, Florida 32303
                                                (850) 224-4444
                                                luke@lukenewmanlaw.com
                                                Fla. Bar No. 0859281
                                                Member of the Bar of this Court

## CERTIFICATE OF SERVICE

I hereby certify that a copy of foregoing has been filed via the CM/ECF system in this Court which will provide electronic service upon:

James Cook
cookjv@gmail.com

James Slater
james@slater.legal

Walter Miller
walter.miller@myfloridalegal.com

Julia McBee
julia.mcbee@myfloridalegal.com

Robert Buchanan
rbuchanan@rbtrial.com

Thomas Thompson
tom@tcslawfirm.net

Mallory Brown
mallory@tcslawfirm.net

...on this fifth (5th) day of June, 2024.

/s/ Luke Newman
_____
Luke Newman
Fla. Bar ID 0859281
Member of the Bar of this Court