UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

| | |
|---|---|
| MELISSA WEBB, <br><br> Plaintiff, <br><br> v. <br><br> STEPHEN ROSSITER, *et al*, <br><br> Defendants. | Case No. 5:24-cv-00159-MMH-PRL |

## **PLAINTIFF'S REQUEST FOR ENTRY OF CLERK'S DEFAULT**

Plaintiff Melissa Webb, by and through her counsel, hereby requests that the Clerk enter default in this matter against Defendant Jamaul Jackson on the ground that Defendant Jackson has failed to appear or otherwise respond to the Complaint within the times prescribed by the Federal Rules of Civil Procedure.

On May 17, 2024, Defendant Jackson was served with a copy of the Summons and Complaint in this case. (Doc. 15). According to the Federal Rules of Civil Procedure, Defendant Jackson was required to file a response to the Complaint on or before June 7, 2024.

Accordingly, the time allowed for Defendant Jackson to respond to the Complaint has expired and Defendant Jackson has failed to answer or otherwise

defend the Complaint as set forth above. Defendant Jackson is not in active military per the Servicemembers Civil Relief Act, as set forth in the attached certificate.

WHEREFORE, Plaintiff Melissa Webb requests that a default be entered against Defendant Jamaul Jackson.

Dated: June 19, 2024

/s/ James M. Slater
James M. Slater (FBN 111779)
Slater Legal PLLC
113 S. Monroe Street
Tallahassee, Florida 32301
Tel. (305) 523-9023
james@slater.legal

s/ James V. Cook
James V. Cook (FBN 0966843)
Law Office of James Cook
314 W. Jefferson Street
Tallahassee, Florida 32301
Tel. (850) 222-8080
cookjv@gmail.com