UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

**MELISSA C. WEBB,**

    Plaintiff,

v.   Case No: 5:24-cv-159-MMH-PRL

**STEPHEN ROSSITER, JAMAUL AKEEM JACKSON, JARED M. COLUMBINE and MITZI K. SHIVER,**

    Defendants.

## CLERK'S ENTRY OF DEFAULT

Pursuant to Fed.R.Civ.P. 55(a), default is entered against the defendant **JAMAUL AKEEM JACKSON** in Ocala, Florida on the 20th day of June, 2024.

ELIZABETH M. WARREN, CLERK

s/ *M. Taylor*, Deputy Clerk

Copies furnished to:

Counsel of Record