UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

**MELISSA C. WEBB,**

    **Plaintiff,**

v.                                                                                          Case No. 5:24-cv-00159

**WARDEN STEPHEN ROSSITER,**
**JAMAUL AKEEM JACKSON, JARED**
**M. COLUMBINE, and MITZI K.**
**SHIVER, individually,**

    **Defendants.**
_____/

## NOTICE OF APPEARANCE

1. The undersigned hereby files this Notice of Appearance as counsel of record for Defendant JAMAUL AKEEM JACKSON in the above-referenced case. Please direct all pleadings, correspondence, and other communications regarding this case to:

   > Jami M. Kimbrell
   > Howell, Buchan, & Strong
   > 2898-6 Mahan Drive
   > Tallahassee, Florida 32308
   > Phone: (850) 877-7776
   > Email: Jami@jsh-pa.com

2. The undersigned hereby designates the following email addresses for mandatory email service:

   a. Primary: Jami@jsh-pa.com

1

b. Secondary: Robyn@jsh-pa.com; Elaine@jsh-pa.com

Respectfully submitted,

*/s/ Jami M. Kimbrell*
Jami M. Kimbrell
Florida Bar No. 0657379
Howell, Buchan & Strong
2898-6 Mahan Drive
Tallahassee, Florida 32308
Telephone: (850) 877-7776
Jami@jsh-pa.com
*Attorney for Defendant Jackson*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of foregoing has been served on all counsel of record by e-filing on June 24, 2024.

*/s/ Jami M. Kimbrell*
Jami M. Kimbrell