UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

MELISSA C. WEBB,

    Plaintiff,

v.                                              Case No: 5:24-cv-159-MMH-PRL

STEPHEN ROSSITER, JAMAUL
AKEEM JACKSON, JARED M.
COLUMBINE and MITZI K. SHIVER,

    Defendants.

## ORDER

Plaintiff Melissa Webb, an inmate of the Florida state penal system, initiated this action by filing, through counsel, a complaint for the violation of civil rights pursuant to 42 U.S.C. § 1983 (Doc. 1). Pending before the Court now is Defendant Jamaul Jackson's Unopposed Motion to Set Aside Clerk's Entry of Default and for Extension of Time to Answer Complaint (Doc. 31) which was filed June 25, 2024.

Rule 55(c) of the Federal Rules of Civil Procedure provides that "[t]he court may set aside an entry of default for good cause[.]" The good cause standard under Rule 55(c) is a liberal standard and distinguishable from the more rigorous excusable neglect standard applicable to a request to set aside a default judgment. *See Compania Interamericana Export-Import, S.A. v. Compania Dominicana De Aviacion*, 88 F.3d 948, 951 (11th Cir. 1996); *EEOC v. Mike Smith Pontiac GMC, Inc.,* 896 F.2d 524, 527–28 (11th Cir. 1990). In determining whether to set aside an entry of default the court considers whether the default is culpable or willful, whether setting it aside would prejudice the adversary, and whether the defaulting party presents a meritorious defense. *Id.* at 951.

Defendant Jackson was served with a copy of the Summons and Complaint in this case on May 17, 2024. (Doc. 15). On June 19, 2024, after no response was filed, Plaintiff filed a request for entry of Clerk's Default against Defendant Jackson. (Doc. 27). The Clerk's Entry of Default was entered on June 20, 2024. (Doc. 28). On June 24, 2024, Attorney Jami Kimbrell filed a notice of appearance on behalf of Defendant Jackson, and thereafter moved to set aside the Clerk's Default on June 25, 2025. (Doc. 31 at 3).

Given Defendant Jackson's clear intention to defend this action, as well as the lack of opposition by Plaintiff, Defendant's motion (Doc. 31) is **GRANTED** to the extent the Clerk's Default entered against Defendant Jackson (Doc. 28) is **SET ASIDE**. Further, Defendant Jackson's motion for an extension of time within which to file his response to Plaintiff's complaint until July 1, 2024, is **GRANTED**.

**IT IS SO ORDERED.**

**DONE AND ORDERED** at Ocala, Florida, this 26th day of June 2024.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies to: Counsel of Record