**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

Case No. 5:24-cv-00159-MMH-PRL

**MELISSA C. WEBB**,

     Plaintiff,

v.

**WARDEN STEPHEN ROSSITER,**
**JAMAUL AKEEM JACKSON,**
**JARED M. COLUMBINE, and**
**MITZI K. SHIVER**

     Defendants.

_____/

**DEFENDANT ROSSITER'S SECOND UNOPPOSED, TIME-SENSITIVE**
**MOTION FOR BRIEF EXTENSION OF TIME**
**TO RESPOND TO PLAINTIFF'S COMPLAINT**

**DEFENDANT** STEPHEN ROSSITER, by and through undersigned counsel, seeks a brief extension of time to respond to the Complaint for Damages against All Defendants with Jury Demand (DE 1), filed by Plaintiff, MELISSA C. WEBB on April 1, 2024. Pursuant to M.D. Fla. L. R. 3.01(e), Defendant requests an expedited ruling on this motion for a brief extension of time because Defendant's response to the Complaint is currently due July 1, 2024. In support of this time-sensitive motion, Defendant states as follows:

1

## BACKGROUND

1.      In this 42 U.S.C. § 1983 action, Plaintiff claims "deprivation under color of law … rights, privileges, and immunities secured by the Constitution of the United States[]" based on allegations of sexual assault while she was an inmate at Lowe Correctional Institution Annex in Ocala Florida. *Id*. at ¶¶ 1-13. She is seeking compensatory and punitive damages, reasonable attorney's fees and costs, as well as trial by jury. *Id.* at 14.

2.      On May 30, 2024, the Undersigned filed an Unopposed, Time-Sensitive Motion for Brief Extension of Time to Respond to Plaintiff's Complaint. DE 11. That motion was granted by this Honorable Court on May 30, 2024 (DE 160, extending the response deadline to July 1, 2024.

3.      Since that time, the parties met via teleconference to discuss the case management plan pursuant to Fed. R. Civ. P. 26(f) and M.D. Fla. L. R. 3.02(a)(2), at which time settlement negotiations were initiated and initial disclosures pursuant to Fed. R. Civ. P. 26(1) were discussed. Settlement negotiations are ongoing and a second planning conference has been scheduled for July 2, 2024.

## ARGUMENT AND MEMORANDUM OF LAW

4.      Pursuant to Fed. R. Civ. P 6(b), extensions of time are permitted "for good cause":

a. "with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires;" Fed. R. Civ. P 6(a) or,

b. "on motion made after the time has expired if the party failed to act because of excusable neglect. Fed. R. Civ. P 6(b)."

2.  "[E]xcusable neglect is understood to encompass situations in which the failure to comply with a filing deadline is attributable to negligence." *Cheney v. Anchor Glass Container Corp.*, 71 F.3d 848, 850 (11th Cir. 1996) (internal quotations omitted), quoting *Pioneer Inv. Servs. Co. v. Brunswick Assocs. Ltd. P'ship,* 507 U.S. 380, 392 (1993). Factors to be considered include "the danger of prejudice to the [opposing party], the length of the delay and its potential impact on judicial proceedings, the reason for the delay, including whether it was within the reasonable control of the movant, and whether the movant acted in good faith." *Id.* (internal quotations omitted).

3.  This request is being made prior to the expiration of time to respond.

4.  There will be no undue prejudice to the Plaintiff if this Motion is granted.

5.  The brief delay in responding to the Complaint will have only minimal, if any, impact on these judicial proceedings.

6.      The delay in filing a response was due to factors that were outside the Defendant's reasonable control.

7.      Pursuant to M.D. Fla. L. R. 3.01(e), Defendant requests this Honorable Court respond to this Motion by Thursday, June 28, 2024.

**WHEREFORE**, Defendant Florida Department of Corrections respectfully requests an extension to August 5, 2024 within which to file a response to Plaintiff's complaint.

Respectfully Submitted,

ASHLEY MOODY
FLORIDA ATTORNEY GENERAL

*__Walter Dale Miller__*
WALTER DALE MILLER, ESQ.
Senior Assistant Attorney General
Florida Bar Number 13738
OFFICE OF THE ATTORNEY GENERAL
1515 N. Flagler Drive, Suite 900
West Palm Beach, Florida 33401
Telephone: (561) 268-5217
Facsimile: (561) 837-5102
Walter.Miller@myfloridalegal.com
Lead Attorney for Defendant Stephen Rossiter

*__Julia J. McBee__*
JULIA J. MCBEE, ESQ.
Assistant Attorney General
Fla. Bar No: 1026038
OFFICE OF THE ATTORNEY GENERAL
1515 North Flagler Drive, Suite 900
West Palm Beach, Florida 33401
Tel. 561-268-5287

4

Fax. 561-837-5102
Julia.McBee@myfloridalegal.com
Attorney to be Noticed for Defendant
Stephen Rossiter

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on June 27, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served on this date on all counsel of record or *pro se* parties identified below in the manner specified:

JAMES V. COOK, ESQ.
Florida Bar Number 966843
Law Office of James Cook
314 West Jefferson Street
Tallahassee, FL 32301
(850) 222-8080; 561-0836 fax
cookjv@gmail.com
Lead Attorney for Plaintiff

JAMES M. SLATER, ESQ.
Florida Bar Number 111779
Slater Legal PLLC
113 S. Monroe Street
Tallahassee, Florida 32301
 (305) 523-9023
james@slater.legal
Attorney to be Noticed for Plaintiff

JAMI MCFATTER KIMBRELL, ESQ.
Florida Bar Number 657379
The Kimbrell Firm, P.A.
118 North Monroe Street, Suite 308
(850) 825-7130
jami@kimbrellfirm.com
Attorney to be Noticed for Defendant Jamaul Akeem Jackson

5

ROBERT B. BUCHANAN, ESQ.
Florida Bar Number 63400
1900 SE 18th Street, Suite 300
Ocala, FL 34475-8237
(352) 629-4099
rbuchanan@rbtrial.com
Lead Attorney; Attorney to be Noticed for Defendant Jared M. Columbine

LUKE NEWMAN, ESQ.
Florida Bar Number 859281
Luke Newman, P.A.
308 McDaniel Street
Tallahassee, FL 32303
(850) 224-4444
luke@lukenewmanlaw.com
Attorney to be Noticed for Defendant Jared M. Columbine

THOMAS ROBERT THOMPSON, ESQ.
Florida Bar Number 890596
Thompson, Crawford & Smiley
1330 Thomasville Road
Tallahassee, FL 32303
(850) 386-5777
tom@tcslawfirm.net
Lead Attorney; Attorney to be Noticed for Defendant Mitzi K. Shriver

MALLORY BENNET BROWN, ESQ.
Florida Bar Number 124039
Thompson, Crawford & Smiley
1330 Thomasville Road
Tallahassee, FL 32303
(850) 386-5777
mallory@tcslawfirm.net
Attorney to be Noticed for Defendant Mitzi K. Shriver

## <u>LOCAL RULE 3.01(G) CERTIFICATION</u>

**I HEREBY CERTIFY** that on June 26, 2024 I conferred by email with

attorney James V. Cook, counsel for the Plaintiff, who does not oppose the relief

requested herein.

***<u>Walter Dale Miller</u>***
Walter Dale Miller, Esq.
Senior Assistant Attorney General
