UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

Case No. 5:24-cv-00159-MMH-PRL

MELISSA C. WEBB,

    Plaintiff,

v.

WARDEN STEPHEN ROSSITER,
JAMAUL AKEEM JACKSON,
JARED M. COLUMBINE, and
MITZI K. SHIVER

    Defendants.
_____/

## DEFENDANT COLUMBINE'S SECOND UNOPPOSED, TIME-SENSITIVE MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

DEFENDANT JARED M. COLUMBINE (hereinafter referred to as "Mr. Columbine"), by and through his undersigned counsel, seeks an extension of time to respond to Plaintiff Melissa C. Webb's (hereinafter referred to as "Plaintiff") Complaint for Damages against All Defendants with Jury Demand (DE 1), filed by Plaintiff on April 1, 2024. Pursuant to M.D. Fla. L. R. 3.01(e), Mr. Columbine requests a ruling on this time-sensitive motion for an extension of time because Mr. Columbine's response to the Complaint is currently due July 1, 2024. In support of this motion, Mr. Columbine states as follows:

## BACKGROUND

1. In this 42 U.S.C. §1983 action, Plaintiff claims "deprivation under color of law … rights, privileges, and immunities secured by the Constitution of the United States[]" based on allegations of sexual assault while she was an inmate at Lowe Correctional Institution Annex in Ocala Florida. *Id*. at ¶¶ 1-13. She is seeking compensatory and punitive damages, reasonable attorney's fees, and costs, as well as trial by jury. *Id.* at 14.

2. The current deadline for Mr. Columbine's response is July 1, 2024, based on this Court's Order dated May 31, 2024 (DE 23).

3. In the interim, the parties met via teleconference to discuss various topics including settlement negotiations which are ongoing, and a second planning conference has been scheduled for July 2, 2024. It is anticipated during the second planning conference; a case management plan will be finalized.

4. Furthermore, this Court recently granted Defendant Rossiter's Second Motion for Brief Extension of Time to respond to Plaintiff's Complaint and set the new response date as August 5, 2024. (DE 34).

## ARGUMENT AND MEMORANDUM OF LAW

5. Pursuant to Fed. R. Civ. P 6(b), extensions of time are permitted "for good cause":

    a. "with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires;" Fed. R. Civ. P 6(a) or,

    b. "on motion made after the time has expired if the party failed to act because of excusable neglect. Fed. R. Civ. P 6(b)."

6.     "[E]xcusable neglect is understood to encompass situations in which the failure to comply with a filing deadline is attributable to negligence." *Cheney v. Anchor Glass Container Corp.*, 71 F.3d 848, 850 (11th Cir. 1996) (internal quotations omitted), quoting *Pioneer Inv. Servs. Co. v. Brunswick Assocs. Ltd. P'ship,* 507 U.S. 380, 392 (1993). Factors to be considered include "the danger of prejudice to the [opposing party], the length of the delay and its potential impact on judicial proceedings, the reason for the delay, including whether it was within the reasonable control of the movant, and whether the movant acted in good faith." *Id.* (internal quotations omitted).

7.     This request is being made prior to the expiration of time to respond.

8.     There will be no undue prejudice to the Plaintiff if this Motion is granted.

9.     The delay in responding to the Complaint will have only minimal, if any, impact on these judicial proceedings.

10. The delay in filing a response was due to factors that were outside the Mr. Columbine's reasonable control.

11. Pursuant to M.D. Fla. L. R. 3.01(e), Mr. Columbine requests this Honorable Court respond to this Motion by Monday, July 1 2024.

**WHEREFORE**, Defendant Columbine respectfully requests an extension to August 5, 2024 within which to file a response to Plaintiff's Complaint.

### Local Rule 3.01 (g) Certification

Pursuant to Local Rule 3.01 (g), the undersigned hereby certifies that a conferral email was sent to counsel for Plaintiff on July 1, 2024, and counsel for Plaintiff has no objection to Mr. Columbine's Request for Enlargement of Time until August 5, 2024 within which to file a response to Plaintiff's Complaint.

Respectfully Submitted,

s/ Robert B. Buchanan
Robert B. Buchanan
Florida Bar No. 063400
rbuchanan@rbtrial.com
1900 SE 18th Avenue, Suite 300
Ocala, Florida 34471
Tel:  (352) 629-4099
Fax:  (352) 629-3975
Attorney for Jared M. Columbine

## **CERTIFICATE OF SERVICE**

I hereby certify that on this **1** day of **July 2024** a true and correct copy of the foregoing was electronically filed the foregoing document with the Clerk of the Court using CM/ECF to JAMES V. COOK, ESQ. at cookjv@gmail.com, JAMES M. SLATER, ESQ. at james@slater.legal and  WALTER DALE MILLER ESQ. at Walter.Miller@myfloridalegal.com.

        BUCHANAN & BUCHANAN, P.A.
        Attorney for Defendant Jared M. Columbine
        1900 SE 18th Avenue, Suite 300
        Ocala, Florida 34471
        Tel:   (352) 629-4099
        Fax:   (352) 629-3975
        Email: rbuchanan@rbtrial.com
               rlatulipe@rbtrial.com

        By:   /s/ Robert B. Buchanan
             Robert B. Buchanan
             Florida Bar No. 063400