UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

MELISSA C. WEBB,

    Plaintiff,

  vs.                                  CASE NO. 5:24-cv-00159-MMH-PRL

WARDEN STEPHEN ROSSITER,
JAMAUL AKEEM JACKSON,
JARED M. COLUMBINE, and
MITZI K. SHIVER,

    Defendants.
_____/

## DEFENDANT MITZI K. SHIVER'S UNOPPOSED TIME-SENSITIVE SECOND MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

Defendant, MITZI K. SHIVER, by and through her undersigned attorney, hereby requests this Court for an Order enlarging to August 1, 2024, the time for Defendant, MITZI K. SHIVER to respond to Plaintiff, MELISSA C. WEBBS'S Complaint for Damages against All Defendants with Jury Demand. Pursuant to M.D. Fla. L.R. 3.01(e), Ms. Shiver requests a ruling on this time-sensitive Motion for an Extension of Time because Ms. Shiver's response to the Complaint is currently due July 1, 2024.

Pursuant to Federal Rules, a party may file a motion to enlarge the time within which a party has to take action pursuant to an order of the court. Plaintiff's counsel

has been contacted and agreed with this request.

## ARGUMENT AND MEMORANDUM OF LAW

6. Pursuant to Fed. R. Civ. P 6(b), extensions of time are permitted "for good cause":

    a. "with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires;" Fed. R. Civ. P 6(a) or,

    b. "on motion made after the time has expired if the party failed to act because of excusable neglect. Fed. R. Civ. P 6(b)."

7. This request is being made prior to the expiration of time to respond.

8. There will be no undue prejudice to the Plaintiff if this Motion is granted, and she has consented to same.

10. The delay in responding to the Complaint will have only minimal, if any, impact on these judicial proceedings.

11. Pursuant to M.D. Fla. L. R. 3.01(e), Ms. Shiver requests this Honorable Court respond to this Motion by close of business, Monday, July 1, 2024.

**WHEREFORE**, Defendant Shiver respectfully requests an extension to August 5, 2024 within which to file a response to Plaintiff's Complaint.

## Local Rule 3.01 (g) Certification

Pursuant to Local Rule 3.01 (g), the undersigned hereby certifies that a conferral email was sent to counsel for Plaintiff on July 1, 2024, and counsel for

Plaintiff has no objection to Ms. Shiver's Request for Enlargement of Time to August 5, 2024, within which to file a response to Plaintiff's Complaint.

DATED this 1st day of July, 2024.

        THOMPSON, CRAWFORD,
        BROWN & SMILEY, P.A.

        /s/Thomas R. Thompson
        _____
        THOMAS R. THOMPSON, ESQ.
        FLORIDA BAR NO. 890596
        1330 Thomasville Road
        Tallahassee, FL 32303
        (850) 386-5777
        Fax: (850) 386-8507
        tom@tcslawfirm.net
        rebecca@tcslawfirm.net
        ATTORNEY FOR DEFENDANT SHIVER

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has been furnished by Electronic Filling to all counsel of record on this 1st day of July, 2024.

        /s/Thomas R. Thompson
        _____
        Thomas R. Thompson, Esq.