UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

**MELISSA C. WEBB**,

    Plaintiff,

v.                                              Case No. 5:24-cv-00159-MMH-PRL

**STEPHEN ROSSITER,
JAMAUL AKEEM JACKSON,
JARED M. COLUMBINE, and
MITZI K. SHIVER**

    Defendants.
_____/

### DISCLOSURE STATEMENT PURSUANT TO
### FEDERAL RULE OF CIVIL PROCEDURE 7.1 AND LOCAL RULE 3.03

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.03, Defendant Stephen Rossiter, makes the following disclosure(s).

1. If the filer is a nongovernmental corporate party or a nongovernmental corporation that seeks to intervene, identify any parent corporation and any publicly held corporation owning 10% or more of its stock or state there is no such corporation:

    Not applicable to Defendant Rossiter, who is being sued individually.

2. If this is an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a), name and identify the citizenship of every individual or entity whose citizenship is attributed to the filing party or intervenor:

    Not applicable.

3. Identify each person—including each lawyer, association, firm, partnership, corporation, limited liability company, subsidiary, conglomerate, affiliate, member, and other identifiable and related legal entity—that has or might have an interest in the outcome:

    Stephen Rossiter – Defendant
    Senior Assistant Attorney General Walter Dale Miller – Lead Attorney for Defendant Rossiter.
    Assistant Attorney General Julia J. McBee – Attorney to be Noticed for Defendant Rossiter.
    Florida Department of Financial Services – agency in interest.
    Florida Department of Corrections – agency in interest.
    Florida Office of the Attorney General – agency in interest.

4. Identify each entity with publicly traded shares or debt potentially affected by the outcome:

    Not applicable.

5. Identify each additional entity likely to actively participate, including in a bankruptcy proceeding the debtor and each member of the creditors' committee:

    Not applicable.

6. Identify each person arguably eligible for restitution:

    Not applicable.

☒    I certify that, except as disclosed, I am unaware of an actual or potential conflict of interest affecting the district judge or the magistrate judge in this action, and I will immediately notify the judge in writing within fourteen days after I know of a conflict.

    Respectfully Submitted,

    ASHLEY MOODY
    FLORIDA ATTORNEY GENERAL

    *Walter Dale Miller*
    WALTER DALE MILLER, ESQ.
    Senior Assistant Attorney General
    Florida Bar Number 13738
    OFFICE OF THE ATTORNEY GENERAL
    1515 N. Flagler Drive, Suite 900
    West Palm Beach, Florida 33401
    Telephone: (561) 268-5217

Facsimile: (561) 837-5102
Walter.Miller@myfloridalegal.com
Lead Attorney for Defendant Stephen Rossiter

*Julia J. McBee*
JULIA J. MCBEE, ESQ.
Assistant Attorney General
Fla. Bar No: 1026038
OFFICE OF THE ATTORNEY GENERAL
1515 North Flagler Drive, Suite 900
West Palm Beach, Florida 33401
Tel. 561-268-5287
Fax. 561-837-5102
Julia.McBee@myfloridalegal.com
Attorney to be Noticed for Defendant Stephen Rossiter

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on July 9, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served on this date on all counsel of record or *pro se* parties identified below in the manner specified:

JAMES V. COOK, ESQ.
Florida Bar Number 966843
Law Office of James Cook
314 West Jefferson Street
Tallahassee, FL 32301
(850) 222-8080; 561-0836 fax
cookjv@gmail.com
Lead Attorney for Plaintiff

JAMES M. SLATER, ESQ.
Florida Bar Number 111779
Slater Legal PLLC

3

113 S. Monroe Street
Tallahassee, Florida 32301
 (305) 523-9023
james@slater.legal
Attorney to be Noticed for Plaintiff

JAMI MCFATTER KIMBRELL, ESQ.
Florida Bar Number 657379
The Kimbrell Firm, P.A.
118 North Monroe Street, Suite 308
(850) 825-7130
jami@kimbrellfirm.com
Attorney to be Noticed for Defendant Jamaul Akeem Jackson

ROBERT B. BUCHANAN, ESQ.
Florida Bar Number 63400
1900 SE 18th Street, Suite 300
Ocala, FL 34475-8237
(352) 629-4099
rbuchanan@rbtrial.com
Lead Attorney; Attorney to be Noticed for Defendant Jared M. Columbine

LUKE NEWMAN, ESQ.
Florida Bar Number 859281
Luke Newman, P.A.
308 McDaniel Street
Tallahassee, FL 32303
(850) 224-4444
luke@lukenewmanlaw.com
Attorney to be Noticed for Defendant Jared M. Columbine

THOMAS ROBERT THOMPSON, ESQ.
Florida Bar Number 890596
Thompson, Crawford & Smiley
1330 Thomasville Road
Tallahassee, FL 32303
(850) 386-5777
tom@tcslawfirm.net
Lead Attorney; Attorney to be Noticed for Defendant Mitzi K. Shriver

MALLORY BENNET BROWN, ESQ.
Florida Bar Number 124039
Thompson, Crawford & Smiley
1330 Thomasville Road
Tallahassee, FL 32303
(850) 386-5777
mallory@tcslawfirm.net
Attorney to be Noticed for Defendant Mitzi K. Shriver