UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

MELISSA C. WEBB,

     Plaintiff,

     vs.                  CASE NO. 5:24-cv-00159-MMH-PRL

WARDEN STEPHEN ROSSITER,
JAMAUL AKEEM JACKSON,
JARED M. COLUMBINE, and
MITZI K. SHIVER,

     Defendants.

_____/

## DEFENDANT SHIVER'S DISCLOSURE STATEMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1 AND LOCAL RULE 3.03

Defendant, MITZI K. SHIVER, discloses the following pursuant to Federal

Rule of Civil Procedure 7.1 and Local Rule 3.03:

1. Is the filer a non-governmental corporate party or non-governmental corporation moving to intervene?

     No, Defendant Shiver is being sued individually.

2. Is the court's jurisdiction based on either 28 U.S.C. § 1332(a) or 28 U.S.C. § 1332(d)?

     No.

3. Is there any other person or entity that has or might have an interest in the outcome of the action, including any interested or potentially interested lawyer, association, firm, partnership, corporation, limited liability company, subsidiary, conglomerate, affiliate, member, and other identifiable and related legal entity?

Yes. These additional persons and entities have or might have an interest in the outcome of the action:

Defendant Mitzi K. Shiver
Thomas R. Thompson – Lead Attorney for Defendant Shiver
Mallory B. Brown – Attorney to be Noticed for Defendant Shiver
Thompson, Crawford, Brown & Smiley – Attorneys for Defendant Shiver
Florida Department of Financial Services
Florida Department of Corrections

4.  Might the outcome of this action affect any entity, not yet identified, with publicly traded shares or debt?

No.

5.  Is this a bankruptcy action?

No.

6.  Is this a criminal case?

No.

7.  Is there an additional entity likely to actively participate in this action?

No, none other than the parties to the lawsuit.

8.  Does the filer certify that, except as disclosed, the filer is unaware of an actual or potential conflict of interest affecting the district judge or the magistrate judge in this action, and the filer will immediately notify the judge in writing within fourteen days after the filer knows of a conflict?

Yes.

DATED this 9th day of July, 2024.

THOMPSON, CRAWFORD, BROWN & SMILEY

/s/Thomas R. Thompson

_____
THOMAS R. THOMPSON, ESQUIRE
Florida Bar No. 890596
tom@tcslawfirm.net
rebecca@tcslawfirm.net
MALLORY B. BROWN, ESQ.
Florida Bar No. 124039
mallory@tcslawfirm.net
victoria@tcslawfirm.net
1330 Thomasville Road
Tallahassee, FL 32303
(850) 386-5777/Fax: (850) 386-8507
ATTORNEYS FOR DEFENDANT SIVER

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has been furnished by

Electronic Filling on this 9th day of July, 2024, to all listed counsel/parties through

CM/ECF:

JAMES V. COOK, ESQ.
Florida Bar No. 966843
Law Office of James Cook
314 West Jefferson Street
Tallahassee, Florida 32301
(850) 222-8080
cookjv@gmail.com
Attorney for Plaintiff

JAMES M. SLATER, ESQ.
Florida Bar No. 111779
Slater Legal PLLC
113 S. Monroe Street
Tallahassee, Florida 32301
(305) 523-9023
james@slater.legal
Attorney for Plaintiff

WALTER DALE MILLER, ESQ.
Florida Bar No. 13738
Office of the Attorney General
1515 N. Flagler Drive, Suite 900
West Palm Beach, Florida 33401
(561) 268-5217
Walter.miller@myfloridalegal.com
Attorney Defendant Rossiter

JULIA J. MCBEE, ESQ.
Florida Bar No. 1026038
Office of the Attorney General
1515 N. Flagler Drive, Suite 900
West Palm Beach, Florida 33401
(561) 268-5217
Julia.mcbee@myfloridalegal.com
Attorney for Defendant Rossiter

JAMI M. KIMBRELL, ESQ.
Florida Bar No. 657379
The Kimbrell Firm, P.A.
118 N. Monroe Street, Suite 308
Tallahassee, Florida 32302
(850) 825-7130
jami@kimbrellfirm.com
Attorney for Defendant Jackson

ROBERT B. BUCHANAN, ESQ.
Florida Bar No. 63400
Buchanan & Buchanan, P.A.
1900 SE 18th Street, Suite 300
Ocala, Florida 34475
(352) 629-4099
rbuchanan@rbtrial.com
Attorney for Defendant Columbine

LUKE NEWMAN, ESQ.
Florida Bar No. 859281
Luke Newman, P.A.
308 McDaniel Street
Tallahassee, Florida 32303
(850) 224-4444
luke@lukenewmanlaw.com
Attorney for Defendant Columbine

/s/Thomas R. Thompson
_____
Thomas R. Thompson, Esq.