UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

Case No. 5:24-cv-00159-MMH-PRL

**MELISSA C. WEBB**,

    Plaintiff,

v.

**STEPHEN ROSSITER,
JAMAUL AKEEM JACKSON,
JARED M. COLUMBINE, and
MITZI K. SHIVER**

    Defendants.
_____/

## NOTICE OF SETTLEMENT

**DEFENDANT STEPHEN ROSSITER**, through counsel, hereby notifies the Court that this cause has been amicably settled between the Plaintiff and all Defendants. In connection with the settlement, the parties will promptly file a joint stipulation of dismissal with prejudice.

                              *Walter Dale Miller*
                              WALTER DALE MILLER, ESQ.
                              Senior Assistant Attorney General
                              Florida Bar Number 13738
                              OFFICE OF THE ATTORNEY GENERAL
                              1515 N. Flagler Drive, Suite 900
                              West Palm Beach, Florida 33401
                              Tel.: (561) 268-5217; Fax: (561) 837-5102
                              Walter.Miller@myfloridalegal.com
                              Lead Attorney for Defendant Stephen Rossiter

*Julia J. McBee*
JULIA J. MCBEE, ESQ.
Assistant Attorney General
Fla. Bar No: 1026038
OFFICE OF THE ATTORNEY GENERAL
1515 North Flagler Drive, Suite 900
West Palm Beach, Florida 33401
Tel. 561-268-5287
Fax. 561-837-5102
Julia.McBee@myfloridalegal.com
Attorney to be Noticed for Defendant Stephen Rossiter

**CERTIFICATE OF SERVICE**

I hereby certify that on July 11, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will generate a Notice of Electronic Filing to all counsel of record.

*Walter Dale Miller*
WALTER DALE MILLER, ESQ.
Senior Assistant Attorney General

**SERVICE LIST**

JAMES V. COOK, ESQ.
Florida Bar Number 966843
Law Office of James Cook
314 West Jefferson Street
Tallahassee, FL 32301
(850) 222-8080; 561-0836 fax
cookjv@gmail.com
Lead Attorney for Plaintiff

JAMES M. SLATER, ESQ.
Florida Bar Number 111779
Slater Legal PLLC

113 S. Monroe Street
Tallahassee, Florida 32301
 (305) 523-9023
james@slater.legal
Attorney to be Noticed for Plaintiff

JAMI MCFATTER KIMBRELL, ESQ.
Florida Bar Number 657379
The Kimbrell Firm, P.A.
118 North Monroe Street, Suite 308
(850) 825-7130
jami@kimbrellfirm.com
Attorney to be Noticed for Defendant Jamaul Akeem Jackson

ROBERT B. BUCHANAN, ESQ.
Florida Bar Number 63400
1900 SE 18th Street, Suite 300
Ocala, FL 34475-8237
(352) 629-4099
rbuchanan@rbtrial.com
Lead Attorney; Attorney to be Noticed for Defendant Jared M. Columbine

LUKE NEWMAN, ESQ.
Florida Bar Number 859281
Luke Newman, P.A.
308 McDaniel Street
Tallahassee, FL 32303
(850) 224-4444
luke@lukenewmanlaw.com
Attorney to be Noticed for Defendant Jared M. Columbine

THOMAS ROBERT THOMPSON, ESQ.
Florida Bar Number 890596
Thompson, Crawford & Smiley
1330 Thomasville Road
Tallahassee, FL 32303
(850) 386-5777
tom@tcslawfirm.net
Lead Attorney; Attorney to be Noticed for Defendant Mitzi K. Shriver

MALLORY BENNET BROWN, ESQ.
Florida Bar Number 124039
Thompson, Crawford & Smiley
1330 Thomasville Road
Tallahassee, FL 32303
(850) 386-5777
mallory@tcslawfirm.net
Attorney to be Noticed for Defendant Mitzi K. Shriver