UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

MELISSA C. WEBB,

        Plaintiff,

v.                              Case No. 5:24-cv-159-MMH-PRL

STEPHEN ROSSITER, JAMAUL AKEEM JACKSON, JARED M. COLUMBINE and MITZI K. SHIVER,

        Defendants.
_____

## ORDER

The Court was advised that this case has settled. See Notice of Settlement (Doc. 44). Therefore, it is now

**ORDERED:**

1. The parties shall have until **September 13, 2024**, to file a joint motion for dismissal or other appropriate documents to close out this file.

2. If the parties have not filed the appropriate documents to close out this file or a request for extension of time by the deadline, this case will automatically be deemed to be dismissed without prejudice. The **Clerk** shall

terminate all pending motions and close the file now, subject to reopening upon the filing of a motion before the deadline.

**DONE AND ORDERED** in Chambers, this 15th day of July, 2024.

*[signature]*
MARCIA MORALES HOWARD
United States District Judge

OCAP-1
c:
Counsel of Record