**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

Case No. 5:24-cv-00159-MMH-PRL

**MELISSA C. WEBB**,

    Plaintiff,

v.

**STEPHEN ROSSITER,**
**JAMAUL AKEEM JACKSON,**
**JARED M. COLUMBINE, and**
**MITZI K. SHIVER**

    Defendants.

_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

It is hereby Stipulated by and between the undersigned counsel and the parties, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that this cause may be dismissed with prejudice as to all claims of the Plaintiff, **MELISSA C. WEBB**, against Defendants **STEPHEN ROSSITER, JAMAUL AKEEM JACKSON, JARED M. COLUMBINE,** and **MITZI K. SHIVER.** Each party shall bear their own costs and fees.

    Respectfully submitted,

*James V. Cook*
JAMES V. COOK, ESQ.
Florida Bar Number 966843
Law Office of James Cook
314 West Jefferson Street

Tallahassee, FL 32301
(850) 222-8080; 561-0836 fax
cookjv@gmail.com
Lead Attorney for Plaintiff

*Walter Dale Miller*
WALTER DALE MILLER, ESQ.
Senior Assistant Attorney General
Florida Bar Number 13738
OFFICE OF THE ATTORNEY GENERAL
1515 N. Flagler Drive, Suite 900
West Palm Beach, Florida 33401
Telephone: (561) 268-5217
Facsimile: (561) 837-5102
Walter.Miller@myfloridalegal.com
Lead Attorney for Defendant Stephen Rossiter

*Jamie McFatter Kimbrell*
JAMI MCFATTER KIMBRELL, ESQ.
Florida Bar Number 657379
The Kimbrell Firm, P.A.
118 North Monroe Street, Suite 308
(850) 825-7130
jami@kimbrellfirm.com
Attorney to be Noticed for Defendant Jamaul Akeem Jackson

*Robert B. Buchanan*
ROBERT B. BUCHANAN, ESQ.
Florida Bar Number 63400
1900 SE 18th Street, Suite 300
Ocala, FL 34475-8237
(352) 629-4099
rbuchanan@rbtrial.com
Lead Attorney; Attorney to be Noticed for Defendant Jared M. Columbine

*Thomas Robert Thompson*
THOMAS ROBERT THOMPSON, ESQ.

Florida Bar Number 890596
Thompson, Crawford & Smiley
1330 Thomasville Road
Tallahassee, FL 32303
(850) 386-5777
tom@tcslawfirm.net
Lead Attorney; Attorney to be Noticed for Defendant Mitzi K. Shriver

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on August 21, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served on this date on all counsel of record or *pro se* parties identified below in the manner specified:

## SERVICE LIST

JAMES V. COOK, ESQ.
Florida Bar Number 966843
Law Office of James Cook
314 West Jefferson Street
Tallahassee, FL 32301
(850) 222-8080; 561-0836 fax
cookjv@gmail.com
Lead Attorney for Plaintiff

JAMES M. SLATER, ESQ.
Florida Bar Number 111779
Slater Legal PLLC
113 S. Monroe Street
Tallahassee, Florida 32301
 (305) 523-9023
james@slater.legal
Attorney to be Noticed for Plaintiff

WALTER DALE MILLER, ESQ.

Senior Assistant Attorney General
Florida Bar Number 13738
OFFICE OF THE ATTORNEY GENERAL
1515 N. Flagler Drive, Suite 900
West Palm Beach, Florida 33401
Tel.: (561) 268-5217; Fax: (561) 837-5102
Walter.Miller@myfloridalegal.com
Lead Attorney for Defendant Stephen Rossiter

JULIA J. MCBEE, ESQ.
Assistant Attorney General
Fla. Bar No: 1026038
OFFICE OF THE ATTORNEY GENERAL
1515 North Flagler Drive, Suite 900
West Palm Beach, Florida 33401
Tel. 561-268-5287
Fax. 561-837-5102
Julia.McBee@myfloridalegal.com
Attorney to be Noticed for Defendant Stephen Rossiter

JAMI MCFATTER KIMBRELL, ESQ.
Florida Bar Number 657379
The Kimbrell Firm, P.A.
118 North Monroe Street, Suite 308
(850) 825-7130
jami@kimbrellfirm.com
Attorney to be Noticed for Defendant Jamaul Akeem Jackson

ROBERT B. BUCHANAN, ESQ.
Florida Bar Number 63400
1900 SE 18th Street, Suite 300
Ocala, FL 34475-8237
(352) 629-4099
rbuchanan@rbtrial.com
Lead Attorney; Attorney to be Noticed for Defendant Jared M. Columbine

LUKE NEWMAN, ESQ.
Florida Bar Number 859281
Luke Newman, P.A.
308 McDaniel Street

Tallahassee, FL 32303
(850) 224-4444
luke@lukenewmanlaw.com
Attorney to be Noticed for Defendant Jared M. Columbine

THOMAS ROBERT THOMPSON, ESQ.
Florida Bar Number 890596
Thompson, Crawford & Smiley
1330 Thomasville Road
Tallahassee, FL 32303
(850) 386-5777
tom@tcslawfirm.net
Lead Attorney; Attorney to be Noticed for Defendant Mitzi K. Shriver

MALLORY BENNET BROWN, ESQ.
Florida Bar Number 124039
Thompson, Crawford & Smiley
1330 Thomasville Road
Tallahassee, FL 32303
(850) 386-5777
mallory@tcslawfirm.net
Attorney to be Noticed for Defendant Mitzi K. Shriver

       *James V. Cook*
       JAMES V. COOK, ESQ.
       Lead Attorney for Plaintiff