UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

MELISSA C. WEBB,

        Plaintiff,

v.                                 Case No. 5:24-cv-159-MMH-PRL

STEPHEN ROSSITER, JAMAUL
AKEEM JACKSON, JARED M.
COLUMBINE and MITZI K.
SHIVER,

        Defendants.
_____

## ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to the Joint Stipulation of Dismissal with Prejudice (Doc. 47), this case is **DISMISSED with prejudice**. The **Clerk** shall enter judgment dismissing this case with prejudice. The file shall remain closed.

**DONE AND ORDERED** in Chambers, this 22nd day of August, 2024.

*[signature]*
MARCIA MORALES HOWARD
United States District Judge

OCAP-1
c:
Counsel of Record